UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff    )<br>    )<br>    )<br>vs.    )<br>    )<br>Richard Allen Lindsey, et al )<br>    )<br>    Defendant(s)    )<br>_____) | CRIMINAL NO. __07mj3011__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. __06840298__ |

On order of the United States District/Magistrate Judge,  **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

Laura Caballero-Perez #07507298

DATED: __1/15/08__

RECEIVED _____
                DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
           Deputy Clerk